# ALABAMA COURT OF CRIMINAL APPEALS



January 9, 2026

**CR-2025-0486**

Tyrus Luru Thornton v. State of Alabama (Appeal from Madison Circuit Court: CC-22-3147.71 and CC-22-3177.71)

## <u>NOTICE</u>

You are hereby notified that on January 9, 2026, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk